IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

             **Plaintiff,**

  v.                                  Case No. 18- 40057-DDC

**JERRY DOBY,**

             **Defendant.**

### INDICTMENT

The Grand Jury charges:

### Count One
### Failure to Register

Beginning on or about November 11, 2017, and continuing to on or about June 11, 2018, in the District of Kansas and elsewhere, the defendant,

JERRY DOBY,

a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction in the State of California of Rape by Force, and Forced Oral Copulation, and Forceful Sexual Penetration, (case #C-73333), and who traveled in interstate or foreign commerce, knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a), with reference to Title 34, United States Code, Section 20911 *et. seq.*

1

**A TRUE BILL.**

<u>June 27, 2018</u>                           <u>s/Foreperson</u>
DATE                                    FOREPERSON OF THE GRAND JURY

<u>/s/Christine E. Kenney #13542 for</u>
Stephen R. McAllister
United States Attorney
District of Kansas

[It is requested that trial be held in Topeka, Kansas]